FREDERICK J. ADLER *v.* FRANCES R. THORNE
[No. 52, October Term, 1937.]

*Decided December 10th, 1937.*

The cause was argued before BOND, C. J., URNER, OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*T. Howard Duckett,* with whom was *Le Roy Humphrey* on the brief, for the appellant.

*Arthur C. Keefer* and *T. Hammond Welsh, Jr.,* for the appellee.

The opinion was delivered *per Curiam.*